IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-00158-RJ

| | |
|---|---|
| MICHAEL GEORGE,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>) ORDER FOR PAYMENT OF<br>) ATTORNEY FEES UNDER THE<br>) EQUAL ACCESS TO JUSTICE ACT<br>)<br>)<br>)<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Lindsay F. Osterhout, and mailed to her office at Osterhout Berger Disability Law, 521 Cedar Avenue, Ste. 200, Oakmont, PA 15139, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __29__ day of November, 2022

                  _____
                  ROBERT B. JONES, JR
                  UNITED STATES MAGISTRATE JUDGE